QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES RICHARD VAN HORN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:97cr5038 REC |
|---|---|---|
| Plaintiff, | ) | ORDER FOR RELEASE OF MEDICAL AND PSYCHIATRIC RECORDS |
| v. | ) | |
| JAMES RICHARD VAN HORN, JR., | ) | |
| Defendant. | ) | |

   IT IS HEREBY ORDERED that the Fresno County Sheriff's Department/Fresno County Jail Medical Records Division forthwith release and deliver a copy of any and all medical and psychiatric records in their possession or under their control relating to James Richard Van Horn, DOB: 2-5-1973, JID # 233879, to the United States District Court, Attention: Honorable Robert E. Coyle.  Said records are to be delivered to the court on or before May 4, 2005.

   DATED: April  29 , 2005

                                         /s/ ROBERT E. COYLE
                                         ROBERT E. COYLE, Senior Judge
                                         United States District Court
                                         Eastern District of California