# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**JAMES RICHARD VAN HORN**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:97CR05038-001**

Francine Zepeda, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**
[ ] admitted guilt to violation of charge(s) __ as alleged in the violation petition filed on __.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [] revokes:  [] modifies:  [] continues under same conditions of supervision heretofore ordered on __.

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]   Charge(s) _ is/are Dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

ANTHONY W. ISHII, UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

5/11/05
Date

CASE NUMBER:      1:97CR05038-001                                      Judgment - Page 2 of 2
DEFENDANT:        JAMES RICHARD VAN HORN

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | New Law Violation | 6/30/97 |
| Charge 2 | Failure to Drug Test | 7/1/03 |
| Charge 3 | Failure to Submit Monthly Supervision Reports | 10/2003 |
| Charge 4 | New Law Violation | 4/22/04 |